# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESLIE YOUNG

NO. 2019 KW 0773

**AUG 19 2019**

In Re:   Leslie Young, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-87-0665.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.** Relator's claim may not be raised in a motion to correct an invalid sentence, and it is untimely for purposes of postconviction relief. La. Code Crim. P. art. 930.8(A); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 852 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. Furthermore, it is well-settled law that district attorneys are empowered to amend indictments, both as to form and substance, at any time before trial. See La. Code Crim. P. art. 487(A); **State ex rel. Rochelle v. State**, 2015-1728 (La. 10/28/16), 203 So.3d 227 (*per curiam*). A post-verdict attack on the sufficiency of an indictment should be rejected unless the indictment failed to give fair notice of the offense charged or failed to set forth any identifiable offense. See **State v. Thibodeaux**, 98-1673 (La. 9/8/99), 750 So.2d 916, 930, cert. denied, 529 U.S. 1112, 120 S.Ct. 1969, 146 L.Ed.2d 800 (2000).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT